| | |
|---|---|
| 1 | JOANN M. WAKANA (State Bar No. 232714) |
| 2 | SCOTT J. LEIPZIG (State Bar No. 192005) |
|   | ALAN D. HEARTY (State Bar No. 233872) |
| 3 | **ALSTON & BIRD LLP** |
|   | 333 South Hope Street, Sixteenth Floor |
| 4 | Los Angeles, California 90071 |
|   | Telephone:  (213) 576-1000 |
| 5 | Facsimile:   (213) 576-1100 |
|   | joann.wakana@alston.com |
| 6 | scott.leipzig@alston.com |
|   | alan.hearty@alston.com |

JS-6

Attorneys for Plaintiffs/Counter-Defendants,
**UNITED PARCEL SERVICE, INC. and**
**UPS SUPPLY CHAIN SOLUTIONS, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United Parcel Service, Inc., an Ohio corporation and UPS Supply Chain Solutions, Inc., an Ohio corporation, | Case No. SACV09-0944 CJC (ANx) |
| | **[~~PROPOSED~~] STIPULATED JUDGMENT** |
| Plaintiffs, | |
| v. | Honorable Cormac J. Carney |
| | Courtroom 9B |
| Grotto Wine Cellars, Inc., a California corporation, | Complaint Filed:  August 14, 2009 |
| | FAC Filed:            July 7, 2010 |
| Defendant. | |
| Grotto Wine Cellars, Inc., a California corporation, | |
| Counterclaimant, | |
| v. | |
| United Parcel Service, Inc., an Ohio corporation and UPS Supply Chain Solutions, Inc., an Ohio corporation, | |
| Counter-Defendants. | |

---

[~~PROPOSED~~] STIPULATED JUDGMENT

LEGAL02/32133568v1

The Court, having read and considered the pleadings on file, and also the Stipulated Judgment, which has been jointly submitted by the Parties hereto, and good cause appearing therefore, IT IS ORDERED AND ADJUDGED that judgment be entered as follows:

    1. The Parties have stipulated and the Court finds that:

        a. The Court has jurisdiction over the allegations set forth in the Parties' respective pleadings;

        b. The Court has personal jurisdiction over the Parties and persons to whom this Judgment applies;

        c. The Court is the proper venue for the resolution of this litigation; and

        d. The Court shall retain jurisdiction over the Parties and this matter to implement and enforce the terms of this Judgment.

    2. Plaintiffs and Counter-Defendants United Parcel Service, Inc. and UPS Supply Chain Solutions, Inc. (collectively, "UPS") are entitled to the entry of judgment against Defendant and Counter-Claimant Grotto Wine Cellars, Inc.

    3. Judgment is hereby rendered in favor of UPS and against Grotto Wine Cellars, Inc. for the principal sum of $100,000.

    4. Upon Grotto's failure to make timely and full payments owed pursuant to the Parties' Second Settlement Agreement, UPS will be entitled to enter and enforce this Stipulated Judgment against Grotto.

    5. Each party shall bear its own costs and attorney's fees.

IS SO ORDERED.

Dated: November 05, 2010                 _____

                                                  The Honorable Cormac J. Carney