1 | JOANN M. WAKANA (State Bar No. 232714)
2 | **ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
3 | Los Angeles, California 90071
Telephone:   (213) 576-1000
4 | Facsimile:    (213) 576-1100
joann.wakana@alston.com

5 | Attorneys for Plaintiffs/Counter-Defendants,
**UNITED PARCEL SERVICE, INC. and**
6 | **UPS SUPPLY CHAIN SOLUTIONS, INC.**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United Parcel Service, Inc., an Ohio corporation and UPS Supply Chain Solutions, Inc., an Ohio corporation, | Case No. SACV09-0944 CJC (ANx) |
| | [~~PROPOSED~~] AMENDED STIPULATED JUDGMENT |
| Plaintiffs, | |
| v. | Honorable Cormac J. Carney Courtroom 9B |
| Grotto Wine Cellars, Inc., a California corporation, | Complaint Filed:   August 14, 2009 FAC Filed:         July 7, 2010 |
| Defendant. | |
| | Hearing date:    February 14, 2011 Time:             1:30 p.m. Courtroom:        9B |
| Grotto Wine Cellars, Inc., a California corporation, | |
| Counterclaimant, | |
| v. | |
| United Parcel Service, Inc., an Ohio corporation and UPS Supply Chain Solutions, Inc., an Ohio corporation, | |
| Counter-Defendants. | |

LEGAL02/32403428v1

1    The Court, having read and considered the pleadings on file, and also the

2    Consent Motion to Amend Judgment, which was jointly submitted by the Parties

3    hereto, and good cause appearing therefore,

4    The Parties have stipulated and THE COURT FINDS that:

5    a.   The Court has jurisdiction over the allegations set forth in the

6         Parties' respective pleadings;

7    b.   The Court has personal jurisdiction over the Parties and persons to

8         whom this Judgment applies;

9    c.   The Court is the proper venue for the resolution of this litigation;

10   d.   The Court shall retain jurisdiction over the Parties and this matter

11        to implement and enforce the terms of this Judgment;

12   e.   Grotto Wine Cellars, Inc. is a fictitious business name used by the

13        entity Grotto Cellars, Inc.;

14   f.   Grotto Cellars, Inc. received notice of this lawsuit through its

15        counsel and registered agent, Jeffrey Flashman, and had the

16        opportunity to participate in this lawsuit;

17   g.   For purposes of this judgment, there is no legal distinction between

18        Grotto Wine Cellars, Inc. and Grotto Cellars, Inc.;

19   h.   Amending the Judgment is necessary to avoid sanctioning a fraud

20        or working an injustice against UPS;

21   i.   Grotto Wine Cellars, Inc. has failed to pay any portion of the

22        Judgment and is liable for the full amount of the unpaid Judgment

23        in the amount of $100,000.00; and

24   j.   Grotto Cellars, Inc. is liable for the full unpaid Judgment in the

25        amount of $100,000.00.

26   THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that:

27   1.   Grotto Cellars, Inc. is hereby added as a judgment-debtor to this

28   action;

1

[PROPOSED] AMENDED STIPULATED JUDGMENT

1           2.     Grotto Cellars, Inc. is bound by all of the terms of the Judgment

2    and is liable for the full amount of the unpaid Judgment in the amount of $100,000.00;

3    and

4           3.     The judgment against Grotto Cellars, Inc. shall be deemed

5    effective as of November 4, 2010.

6

7    IS SO ORDERED.

8

9    Dated: February 07, 2011    _____

10                            The Honorable Cormac J. Carney

11

12    **Approved as to form and content,**

13

14    /s/ Joann M. Wakana_____    /s/ Jeffrey S. Flashman_____

15    JOANN M. WAKANA    JEFFREY S. FLASHMAN

    **ALSTON & BIRD LLP**    **MANAHAN, FLASHMAN &**

16                           **BRANDON**

17    Attorney for Plaintiffs and Counter-Defendants

    UNITED PARCEL SERVICE, INC. and    Attorney for Defendant and

18    UPS SUPPLY CHAIN SOLUTIONS, INC.    Judgment Debtor

                       GROTTO WINE CELLARS, INC.

19

20                           Attorney for GROTTO

21                           CELLARS, INC.

22

23

24

25

26

27

28

[~~PROPOSED~~] AMENDED STIPULATED JUDGMENT